IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Gould, et al., | NO. C 10-02389 JW<br>NO. C 10-02408 JW |
| Mike Robertson, et al., | **ORDER ADOPTING STIPULATION TO CONSOLIDATE CASES AS MODIFIED** |
| Plaintiffs,<br>v. | |
| Facebook, Inc., | |
| Defendant. | |

Presently before the Court is a Stipulation by all parties for a Motion to Consider Whether Cases Should be Consolidated.[1] The parties seek the Court's determination as to whether <u>Robertson, et al. v. Facebook, Inc.</u>, Case No. C 10-02408-JW, should be consolidated with <u>Gould, et al. v. Facebook, Inc.</u>, Case No. C 10-02389-JW. Plaintiffs contend that the cases should be consolidated in the interests of judicial and party economy, because both cases involve similar complaints and common questions of law and fact. (Stipulation at 1.) Upon review, the Court finds good cause to adopt the parties' Stipulation, as modified:

(1) The Court finds good cause to consolidate the cases in the interests of efficiency, in light of the fact that they share substantial common issues of fact and legal theories.

---

[1] (<u>See</u> Stipulation and [Proposed] Order Consolidating Cases For All Purposes, Allowing for the Filing of a Consolidated Complaint, Setting a Case Management Conference for October 25, 2010, and Appointing Lead Counsel, hereafter, "Stipulation," C 10-02389-JW, Docket Item No. 22.)

1        As it was first filed, Case No. C 10-02389-JW will be the lead case for consolidation. All future filings shall bear the caption: "In Re: Facebook Privacy Litigation." In light of this Order, the Clerk of Court shall immediately close Case No. C 10-02408-JW.

(2)    The Court sets **September 27, 2010 at 10 a.m.** for a Case Management Conference for the consolidated action. On or before **September 17, 2010,** the parties shall file a Joint Case Management Statement pursuant to Fed. R. Civ. P. 26 and Civ. L.R. 16-19. The Statement shall include, among other things, a good faith discovery plan with a proposed date for close of all discovery. The parties shall also address whether discovery should be bifurcated between class and merits.

(3)    At this time, the Court finds the parties' Stipulation with respect to the appointment of co-lead counsel sufficient. However, the Court reserves the right to modify appointment of counsel in the event that the nature of the case necessitates alteration of appointment.

Dated: August 20, 2010

JAMES WARE  
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Hyunchul Jung cjung@nassiri-jung.com
Kassra Powell Nassiri knassiri@nassiri-jung.com
Matthew Dean Brown mbrown@cooley.com
Benjamin Harris Richman brichman@edelson.com
Jay Edelson jedelson@edelson.com
Michael James Aschenbrener maschenbrener@edelson.com
Sean Patrick Reis sreis@edelson.com

Dated: August 20, 2010                     Richard W. Wieking, Clerk

                                                                                By:     /s/ JW Chambers
                                                                                    Elizabeth Garcia
                                                                                    Courtroom Deputy