FERNANDO L. AENLLE-ROCHA (SBN 129515)
RACHEL J. FELDMAN (SBN 246394)
J. JONATHAN HAWK (SBN 254350)
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329
Email:  faenlle-rocha@whitecase.com
Email:  rfeldman@whitecase.com
Email:  jhawk@whitecase.com

GLENN M. KURTZ (*PRO HAC VICE PENDING*)
KIM HAVIV (*PRO HAC VICE PENDING*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  gkurtz@whitecase.com
Email:  khaviv@whitecase.com

Attorneys for Defendant
HEARTLAND AUTOMOTIVE SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: JIFFY LUBE INTERNATIONAL, INC., TEXT SPAM LITIGATION<br><br>This filing relates to:<br><br>LAWRENCE CUSHNIE, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>TEXTMARKS, INC., a California corporation; AND HEARTLAND AUTOMOTIVE SERVICES, INC., a Minnesota corporation,<br><br>             Defendants. | CASE NO. 3:11-MD-02261-JM-JMA<br><br>MDL No. 2261<br><br>Assigned To The Hon. Jeffrey T. Miller<br><br>**DEFENDANT HEARTLAND AUTOMOTIVE SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>**[Memorandum of Points and Authorities; and Declarations of Jeff Mehmood and Fernando L. Aenlle-Rocha Filed Concurrently]**<br><br>Date:  December 12, 2011<br>Time:  10:00 a.m.<br>Place: Courtroom 4<br><br>Complaint Filed: May 3, 2011<br>Trial Date:          None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on December 12, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Jeffrey T. Miller, in Courtroom 4 of the above-entitled Court, located in the Edward J. Schwartz U.S. Courthouse, 940 Front Street, San Diego, California 92101, Defendant Heartland Automotive Services, Inc. ("Heartland") will and hereby does move for an order (1) compelling Plaintiff Lawrence Cushnie to individual arbitration on the claim he asserts against Heartland in this matter, and (2) staying Mr. Cushnie's putative class action pending the conclusion of that arbitration.

Heartland makes this motion pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.* because Mr. Cushnie signed and assented to an "Arbitration Agreement" with Heartland on December 14, 2010, requiring him to arbitrate individually the claim he now alleges against Heartland in the Master Consolidated Class Action Complaint For Damages and Injunction, MDL Docket No 1. Mr. Cushnie has refused to arbitrate and Heartland, therefore, respectfully requests the Court compel him to attend individual arbitration on his claim and stay his action pending the conclusion of that proceeding.

This motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the Declarations of Jeff Mehmood and Fernando L. Aenlle-Rocha and accompanying exhibits, the Court's files on this matter, arguments of counsel at the hearing on this motion, and any other matters the Court deems appropriate.

Dated: October 26, 2011

Respectfully submitted,

WHITE & CASE LLP

By:   /s/ *Fernando L. Aenlle-Rocha*
Fernando L. Aenlle-Rocha

*Attorneys for Defendant Heartland Automotive Services, Inc.*

1

**DECLARATION OF SERVICE**

I, Fernando L. Aenlle-Rocha, declare as follows:

I am employed in the County of Los Angeles in California. I am over the age of eighteen years and am not a party to this action. My business address is 633 West Fifth Street, Suite 1900, Los Angeles, California, 90071. On October 26, 2011, I served the document titled:

**DEFENDANT HEARTLAND AUTOMOTIVE SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

to all named counsel of record via the ECF (Electronic Case Filing) system of the United States District Court for the Southern District of California. All counsel of record are required to be registered e-filers and, as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct.

Dated: October 26, 2011                          /s/ Fernando L. Aenlle-Rocha
                                                     Fernando L. Aenlle-Rocha