UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: JIFFY LUBE INTERNATIONAL, INC., TEXT SPAM LITIGATION, | MDL Case No. 2261<br>Case No. 11-md-2261-JM (JMA)<br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

A Settlement Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **June 4, 2012** at **2:00 p.m.**, United States Courthouse, 940 Front Street, San Diego, California  92101-8928.  Counsel shall submit settlement statements **directly** to Magistrate Judge Adler's chambers no later than **May 29, 2012**.[1]  The parties may either submit confidential settlement statements or may exchange their settlement statements.

**All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference**.  **The individual(s) present at the Settlement Conference with**

---

[1] Statements under 20 pages in length, including attachments and exhibits, may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.  Statements exceeding 20 pages in length, including attachments and exhibits, must be delivered directly to chambers.

11md2261

1  **settlement authority must have the unfettered discretion and authority on behalf**
2  **of the party to:  1) fully explore all settlement options and to agree during the**
3  **conference to any settlement terms acceptable to the party (*G. Heileman Brewing***
4  ***Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the**
5  **settlement position of a party during the course of the conference (*Pitman v.***
6  ***Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a**
7  **settlement without being restricted by any predetermined level of authority (*Nick***
8  ***v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).**[2]

Governmental entities may appear through litigation counsel only.  As to all other parties, appearance by litigation counsel only is <u>not</u> acceptable.  Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.  **The failure of any counsel, party or authorized person to appear at the Settlement Conference as required shall be cause for the immediate imposition of sanctions.**  All conference discussions will be informal, off the record, privileged, and confidential.

**IT IS SO ORDERED.**

DATED:  May 17, 2012

                                                                    _____
                                                                    Jan M. Adler
                                                                    U.S. Magistrate Judge

---

[2] The named plaintiffs, Defendant TextMarks, Inc., and Intervenor United States of America are excused from appearing at the Settlement Conference.