# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: JIFFY LUBE INTERNATIONAL, INC., TEXT SPAM LITIGATION, | MDL Case No. 2261<br>Case No. 11-md-2261-JM (JMA)<br>**ORDER SETTING DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The parties have informed the Court that they have reached a settlement. Accordingly, **IT IS HEREBY ORDERED** that a joint motion for preliminary approval of class action settlement shall be filed before the Honorable Jeffrey T. Miller by no later than <u>July 20, 2012</u>.

**IT IS SO ORDERED.**

DATED: June 4, 2012

Jan M. Adler
U.S. Magistrate Judge

11md2261