1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JIFFY LUBE INTERNATIONAL, INC. TEXT SPAM LITIGATION<br><br>This filing relates to: ALL CASES | No. 3:11-MD-02261-JM-JMA<br><br>MDL No. 2261<br><br>Assigned to The Hon. Jeffrey T. Miller<br>Magistrate Judge: The Hon. Jan M. Adler<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: September 23, 2011<br>Trial Date: None Scheduled |

ORDER CONTINUING
DEADLINE TO FILE PRELIMINARY APPROVAL

This matter having come before the Court on the Parties' Joint Motion to Continue the Deadline to File a Motion for Preliminary Approval of Class Action Settlement, due and adequate notice having been given, and the Court having been duly advised,

**IT IS HEREBY ORDERED and ADJUDGED:**

1. The Joint Motion is GRANTED. Plaintiffs shall file a motion for preliminary approval of class action settlement before the Honorable Jeffrey T. Miller by no later than seven (7) days from the date of this Order.

**IT IS SO ORDERED**

Dated: July 20, 2012

_____
HONORABLE JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE