UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: JIFFY LUBE INTERNATIONAL, INC., TEXT SPAM LITIGATION, | MDL Case No. 2261<br>Case No. 11-md-2261-JM (JMA)<br>**ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The Court convened a status conference on July 26, 2012. At the request of counsel for Plaintiffs, and upon good cause shown, **IT IS HEREBY ORDERED** that the deadline to file a joint motion for preliminary approval of class action settlement is continued from July 27, 2012 to August 1, 2012.

**IT IS SO ORDERED.**

DATED: July 26, 2012

Jan M. Adler
U.S. Magistrate Judge

11md2261