| | |
|---|---|
| 1 | FERNANDO L. AENLLE-ROCHA (SBN 129515) |
| | RACHEL J. FELDMAN (SBN 246394) |
| 2 | J. JONATHAN HAWK (SBN 254350) |
| | WHITE & CASE LLP |
| 3 | 633 W. Fifth Street, Suite 1900 |
| | Los Angeles, CA  90071-2007 |
| 4 | Telephone:  (213) 620-7700 |
| | Facsimile:  (213) 452-2329 |
| 5 | Email:  faenlle-rocha@whitecase.com |
| | Email:  rfeldman@whitecase.com |
| 6 | Email:  jhawk@whitecase.com |
| 7 | GLENN M. KURTZ (*PRO HAC VICE*) |
| | KIM HAVIV (*PRO HAC VICE*) |
| 8 | WHITE & CASE LLP |
| | 1155 Avenue of the Americas |
| 9 | New York, NY 10036-2787 |
| | Telephone:  (212) 819-8200 |
| 10 | Facsimile:  (212) 354-8113 |
| | Email:  gkurtz@whitecase.com |
| 11 | Email:  khaviv@whitecase.com |
| 12 | Attorneys for Defendant |
| | HEARTLAND AUTOMOTIVE SERVICES, INC. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: JIFFY LUBE INTERNATIONAL, INC., TEXT SPAM LITIGATION | CASE NO. 3:11-MD-02261-JM-JMA |
| | MDL No. 2261 |
| This Filing Relates to:  ALL CASES | Assigned To The Hon. Jeffrey T. Miller |
| | **Supplemental Notice of Filing Regarding First Amendment to Class Action Settlement Agreement** |
| | Hearing Date:  October 4, 2012 |
| | Time:  10:00 a.m. |
| | Place: Courtroom 16 |
| | Complaint Filed:  September 23, 2011 |
| | Trial Date:       None Set |

NEWYORK 8644464 (2K)

SUPPLEMENTAL NOTICE OF FILING REGARDING FIRST AMENDMENT TO CLASS ACTION SETTLEMENT AGREEMENT;
3:11-MD-2261-JM-JMA

1  PLEASE TAKE NOTICE that the parties to the above-captioned proceedings have agreed to make minor changes to the direct mail notice that will be sent to Settlement Class Members pursuant to Section 4.3(a) of the Settlement Agreement.  These non-substantive changes were proposed by the Settlement Administrator and are intended to clarify the language used, to explicitly state the objection and exclusion deadlines, and to modify the layout for printing purposes.  The final proposed direct mail notice is attached as Exhibit A hereto.

Dated: October 4, 2012                    Respectfully submitted,

                                          WHITE & CASE LLP


                                          By: /s/ Glenn M. Kurtz
                                              Glenn M. Kurtz
                                              Attorneys for Defendant
                                              Heartland Automotive Services, Inc.