JAY EDELSON
jedelson@edelson.com
EDELSON MCGUIRE, LLC
350 North Lasalle, 13th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
*Lead Class Counsel*

MICHAEL J. MCMORROW
mjmcmorrow@smithmcmorrow.com
SMITH & MCMORROW P.C.
53 West Jackson Blvd., Suite 1663
Chicago, IL 60604
(312) 546-6139 (phone)
(888) 664-8172 (facsimile)
*Lead Class Counsel*

Douglas J. Campion
LAW OFFICES OF DOUGLAS J. CAMPION
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 229-2091
Facsimile: (619) 858-0034
*Liaison Class Counsel*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re JIFFY LUBE INTERNATIONAL, INC. TEXT SPAM LITIGATION | No. 3:11-MD-02261-JM-JMA |
| | MDL No. 2261 |
| This filing relates to: ALL CASES | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES AND CLASS REPRESENTATIVE INCENTIVE AWARDS** |
| | Location: Courtroom 16<br>Date: February 4, 2013<br>Time: 10:00 a.m. |
| | The Honorable Jeffrey T. Miller |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 4, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the United States District Court for the Southern District of California, Courtroom 16, located at 940 Front Street San Diego, CA 92101, the Plaintiffs' Class will and hereby do move this Court for Approval of Attorneys' Fees and Expenses, and for an Incentive Award to the Class Representatives.

The basis for Plaintiffs' Motion is set forth in detail in the Memorandum of Points and Authorities in Support of their Motion for Approval of Attorneys' Fees and Expenses and Class Representative Incentive Awards.

Plaintiffs' Motion is based on this Notice of Motion and Motion, Plaintiffs' Memorandum in Support, and other papers on file in this matter and upon evidence or argument that may be presented at or before the hearing on this Motion.

Dated: November 19, 2012                Respectfully Submitted,

Plaintiffs Crowl, Cushnie, Duoung, Heuscher, Koeller, Souder, and Barr, individually and on behalf of all others similarly situated,

    /s/ Michael J. McMorrow

One of Plaintiffs' Attorneys

MICHAEL J. MCMORROW
mjmcmorrow@smithmcmorrow.com
SMITH & MCMORROW P.C.
53 West Jackson Blvd., Suite 1663
Chicago, IL 60604
(312) 546-6139 (phone)
(888) 664-8172 (facsimile)

JAY EDELSON
jedelson@edelson.com
EDELSON MCGUIRE, LLC

| NOTICE AND MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES & INCENTIVE AWARDS | - 1 - | No. 3:11-MD-02261-JM-JMA |
|---|---|---|

1  350 North LaSalle, Suite 1300
   Chicago, IL 60654
2  Telephone: (312) 589-6370
   Facsimile: (312) 589-6378
3
   Lead Class Counsel
4
5  Douglas J. Campion
   LAW OFFICES OF DOUGLAS J. CAMPION
6  409 Camino Del Rio South, Suite 303
   San Diego, CA 92108
7  Telephone: (619) 229-2091
   Facsimile: (619) 858-0034
8  Liaison Class Counsel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE AND MOTION FOR APPROVAL OF              No. 3:11-MD-02261-JM-JMA
ATTORNEYS' FEES, EXPENSES &          - 2 -
INCENTIVE AWARDS

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on November 19, 2012, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: November 19, 2012                                    SMITH & MCMORROW P.C.


                                                            By:    /s/ Michael J. McMorrow