# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JIFFY LUBE INTERNATIONAL, INC. TEXT SPAM LITIGATION<br><br>This filing relates to: ALL CASES. | Case No.: 3:11-MD-2261-JM (JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE AN OVERSIZED MOTION FOR AND MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

The Court has considered the Joint Motion for an Order granting Plaintiffs leave to file a motion for and memorandum in support of final approval of class action settlement in excess of 25 pages, and the parties' stipulation for such relief. Good cause shown, the Court hereby GRANTS Plaintiffs leave to file a motion and memorandum in support of final approval of class action settlement that is up to 35 pages in length.

**IT IS SO ORDERED**.

DATED: December 20, 2012

Jeffrey T. Miller
United States District Judge